## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEE A. JENKINS, | ) |
| | )     Case No.: |
| Plaintiff, | ) |
| | ) |
| vs. | )    **COMPLAINT AND DEMAND** |
| | )      **FOR JURY TRIAL** |
| MESSERLI & KRAMER P.A., | ) |
| | ) |
| Defendant. | ) |

COMES NOW the Plaintiff by and through his attorneys, Pamela A. Car and William L. Reinbrecht of Car & Reinbrecht, P.C., L.L.O., and alleges and states that this is an action brought by an individual consumer for the Defendant's violations of the Fair Debt Collection Practices Act, (hereinafter referred to as the "FDCPA") 15 U.S.C. § 1692 *et seq*. and the Nebraska Consumer Protection Act, Neb.Rev.Stat. § 59-1601 *et seq*. (hereinafter referred to as the "NCPA") In support of his claims, the Plaintiff states and alleges as follows:

### JURISDICTION AND PARTIES

1. That subject matter jurisdiction of this Court arises under 15 U.S.C. § 1692k, actionable through 28 U.S.C. §1331 and other provisions of the law.

2. That venue is proper in this Court for the reason that the claim on which this suit is based happened in this Judicial District.

3. That Lee A. Jenkins is a resident of Omaha, Douglas County, Nebraska.

4. That Defendant MESSERI & KRAMER P.A. is a professional association of lawyers located in Minnesota and is a debt collector doing business of collecting debts in this state.

## FACTUAL BACKGROUND

5. Defendant sent Lee A. Jenkins a collection letter dated April 26, 2017, on behalf of Bank of America and referencing Douglas County court case no. C01 CI11 5783, the purpose of which was to attempt to collect a balance listed as "$28,884.03." Attached hereto as Exhibit A and incorporated herein by this reference is a true and correct copy of said letter.

6. Exhibit A reads as follows:

   Creditor: Bank of America, N.A.
   Account No. XXXXXXXXXX1024
   Balance: $28,884.03
   Our file No. 16-155306
   Court file No. C01- 11 5783

7. That Mr. Jenkins was previously sued and a Judgment taken on December 22, 2011 in a matter with the identical court case number, entitled, "*FIA Card Services N.A. v. Lee A. Jenkins*," for a consumer debt in the same amount, the current lawyer and law firm of record on that case is listed as James H. McDonald of PECH HUGHES law firm.

8. Despite the fact that a different law firm, and a different creditor is listed, and that a judgment was already taken, Defendant's Exhibit A states: "If you do

not make payment or do not make alternative payment arrangements, our law firm has been retained to sue you in state court for $28,884.03 plus all other costs that are allowed by law." A copy the judgment is attached as Exhibit B.

9. The unsigned signature block of the letter reads:

**Very truly yours,**

**MESSLERI & KRAMER PA**

10. Defendant's Exhibit A makes a threat of fling a lawsuit that cannot be legally taken because a judgment was already entered. Moreover, Defendant's firm is not attorney of record, nor is the creditor the same.  These things are misleading, deceptive,  and confusing to the Plaintiff.

11. Given the lack of attorney signature on the signature block of Exhibit A, no attorney had any meaningful involvement in reviewing the file before sending the letter, if they did they would have easily discovered the violation.

12.   Mr. Jenkins incurred the alleged credit card debt for personal, family or household purposes.

## CAUSE OF ACTION 1
## Fair Debt Collection Practices Act

COMES NOW the Plaintiff and for his Cause of Action against the Defendant, states and alleges as follows:

13. Plaintiff is a person and a "consumer" within the meaning of 15 U.S.C. § 1692(a)(3).

14.  Defendant is a Professional association located in Minnesota, engaged in the business of collecting debts and regularly attempts to collect debts alleged to be due another by use of the mail and telephone and is a "debt collector" within the meaning of 15 U.S.C. § 1692(a)(6).

15. That at all times relevant hereto the Defendant was attempting to collect medical debts alleged to be in default by the Plaintiff for personal, family or household purposes.

16.  That during the course of attempting to collect the alleged debt, Defendant:

a) made false or misleading statements in connection with the attempted collection of said debt, in violation of 15 U.S.C. § 1692e;

b) made false representations as to the character, amount, or legal status of the debt in violation of 15 U.S.C. § 1692e(2)(A);

c)  threatened to take an action that cannot be legally taken in violation of 15 U.S.C. § 1692e(5); and

d)  The false representation that Exhibit A is from an attorney in violation of 15 U.S.C. § 1692e(3).

WHISEFORE, Plaintiff prays for a judgment against the Defendant for statutory damages, general damages, actual damages, statutory attorney fees, costs

of this suit and for such other and further relief as the Court shall deem appropriate.

## CAUSE OF ACTION 2
## Violation of the Nebraska Consumer Protection Act

COMES NOW the Plaintiff and for his Second Cause of Action, states and alleges as follows:

17. Plaintiff restates each and every allegation set forth in his previous Cause of Action as if fully set forth herein.

18. Defendant's actions described above violate provisions of the NCPA, Neb.Rev.Stat. § 59-1601 *et seq*.

19. That this claim is in the public interest.

WHISEFORE, Plaintiff prays for a judgment against Defendant for actual damages, statutory attorney fees, statutory damages for each such violation, an injunction to prevent future conduct of the nature described herein, costs, and for further relief as the Court shall deem appropriate.

Dated: June 15, 2017

LEE A. JENKINS, Plaintiff,

By: */s/ Pamela A. Car*
    Pamela A. Car, #18770
    William L. Reinbrecht, #20138
    Car & Reinbrecht, P.C., L.L.O.
    8720 Frederick Street, Suite 105
    Omaha, NE 68124

(402) 391-8484 Telephone
(402) 391-1103 Facsimile
E-mail: pacar@cox.net
Attorneys for the Plaintiff

## **JURY DEMAND**

Plaintiff demands a trial by jury as to all issues so triable.

By: *_/s/Pamela A. Car_*